IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIC BANNER,<br><br>    Plaintiff,<br><br>  v.<br><br>PENTACORP, INC., et al.,<br><br>    Defendant.<br>_____/ | No. C-09-1457 SC<br><br>**ORDER CONDITIONALLY CLOSING CASE FOR STATISTICAL PURPOSES** |

    The defendant, Tim F. Johnson having informed the Court that the claims alleged against it in the above-titled action have been automatically stayed pursuant to 11 U.S.C. § 362(a), by the initiation of bankruptcy proceedings by said defendant (see Notice, filed March 24, 2010), IT IS HEREBY ORDERED that the case is CLOSED for statistical purposes only.

    Nothing contained in this order shall be considered a dismissal or disposition of the action against the defendant, and should further proceedings become necessary herein, any party may initiate them in the same manner as if this order had not been entered.

**IT IS SO ORDERED.**

Dated: October 12, 2012

                                                Samuel Conti<br>
                                                United States District Judge